UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Dobson,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, Does 1-10,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-09687-RGK-AFMx<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] JUDGMENT |

On December 4, 2020, this Court granted defendant U.S. Bank Trust, N.A., as Trustee for the LSF9 Master Participation Trust's ("Defendant") Motion to Dismiss plaintiff Paul Dobson's ("Plaintiff") Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Additionally, on February 19, 2021, this Court granted Defendant's Motion for Rule 11 Sanctions and ordered Plaintiff to pay the sum of $1,000.00 to Defendant.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

1. That this entire action is dismissed with prejudice;

2. That judgment be entered in favor of Defendant as to each and every claim set forth in Plaintiff's Complaint and that Plaintiff takes nothing by way of his claims against Defendant.

3. That judgment be entered in favor of Defendant and against Plaintiff in the amount of $1,000.00.

**IT IS SO ORDERED.**

Dated: February 23, 2021

Honorable R. Gary Klausner
United States District Judge